CASE RECORD OF STATE VERSUS SIMS ROBERT

CASE: MIS00-36231   CHARGE DOMESTIC VIOLENCE

COURT DATE:    8/07/2025

SIMS ROBERT


AFFIANT/WITNESS:

ATTORNEY FOR DEF:  HON. SHAUN YURTKURAN

BOND:  1,000.00  BEELINE              JAIL RCPT#
APPEAL BOND:


================================================================================
================================================================================

O R D E R

DEFENDANT IS FOUND:  STATUS CONFERENCE

SENTENCE:
 MOTION BY STATE TO WITHHOLD ADJUDICATION. SIX MONTHS IN JAIL SUSPENDED TO
 RUN CONSECUTIVELY.
 ORDERED TO COURTWATCH AND TO FOLLOW ALL AND ANY RECOMMENDATIONS.
 NO CONTACT TO REMAIN IN EFFECT FOR THE TWO YEAR JURISIDICTIONAL LIMIT.
 ORDERED TO PAY RESTITUTION WHICH WILL BE HANDLED BY ATTORNEYS.


FINE $   100.00           COSTS $ 1,183.75    TOTAL $    1,283.75

SO ORDERED, THIS THE  7th  DAY OF AUGUST   , 2025.

                                   JUDGE    1
                                   JUSTICE COURT JUDGE

CASE: MIS00036231   VIOLATION DATE:  9/28/2024   DATE CLOSED:

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE RECORDS OF THE
MADISON COUNTY JUSTICE COURT    THIS THE 20th DAY OF FEBRUARY ,2025.

                                   _____ DC
                                   CLERK/D.C.

EXHIBIT
1